# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-422-341

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
November 18, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 01, 2019 to December 30, 2019

### Title

| | |
|---|---|
| **Title of Group:** | women's clothing 2019 |
| **Number of Photographs in Group:** | 129 |

- **Individual Photographs:**   1662139-1,
  1662139-2,
  1662139-3,
  1662139-4,
  1662139-5,
  1662139-6,
  1662139-7,
  1662139-8,
  1662139-9,
  1662139-10,
  1662139-11,
  1662139-12,
  1662139-13,
  1662139-14,
  1662139-15,
  1662139-16,
  1662139-17,
  1662139-18,
  2338058-1,
  2338058-2,
  2338058-3,
  2338058-4,
  2338058-5,
  2338058-6

  **Published:**   January 2019

- **Individual Photographs:**   4992413-1,
  4992413-2,
  4992413-3,
  4992413-4,
  4992413-5,
  4992413-6,
  4992413-7,

|  | | 4992413-8, |
|---|---|---|
|  | | 4992413-9, |
|  | | 4992413-10, |
|  | | 4992413-11, |
|  | **Published:** | May 2019 |

- **Individual Photographs:** 4525009-1,
4525009-2,
4525009-3,
4525009-4,
4525009-5,
4525009-6,
  **Published:** July 2019

- **Individual Photographs:** 4559845-1,
4559845-2,
4559845-3,
4552456-1,
4552456-2,
4552456-3,
4552456-4,
4552456-5,
4555462-1,
4555462-2,
4555462-3,
4555462-4,
4555462-5,
4555462-6,
4555462-7,
  **Published:** August 2019

- **Individual Photographs:** 4576716-1,
4576716-2,
4576716-3,
4576716-4,
4576716-5,
4576716-6,
4577475-1,
4577475-2,
4577475-3,
4577475-4,
4577475-5,
4577475-6,
4577475-7,
4577475-8,
4577475-9,
  **Published:** September 2019

- **Individual Photographs:** 4992396-1,
4992396-2,
4992396-3,
4992396-4,
4992396-5,
4992396-6,
4594280-1,
4594280-2,
4594280-3,

|  | 4594280-4,<br>4594280-5,<br>4594280-6,<br>4593899-1,<br>4593899-2,<br>4593899-3,<br>4593899-4,<br>4593899-5,<br>4593899-6,<br>4593899-7,<br>4593899-8,<br>4593899-9, |
| **Published:** | October 2019 |
| • **Individual Photographs:** | 4609277-1,<br>4609277-2,<br>4609277-3,<br>4609277-4,<br>4609277-5,<br>4609277-6,<br>4609277-7,<br>4609277-8,<br>4609277-9, |
| **Published:** | November 2019 |
| • **Individual Photographs:** | 4635487-1,<br>4635487-2,<br>4635487-3,<br>4635487-4,<br>4635487-5,<br>4635487-6,<br>4635487-7,<br>4669314-1,<br>4669314-2,<br>4669314-3,<br>4669314-4,<br>4669314-5,<br>4669314-6,<br>4636746-1,<br>4636746-2,<br>4636746-3,<br>4636746-4,<br>4636746-5,<br>4985448-1,<br>4985448-2,<br>4985448-3,<br>4985448-4,<br>4985448-5,<br>4985448-6,<br>4985448-7,<br>4985448-8,<br>4985448-9,<br>4985448-10, |
| **Published:** | December 2019 |

**Completion/Publication** _____

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | January 01, 2019 |
| **Latest Publication Date in Group:** | December 30, 2019 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Wumei Lin |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shenzhen Daisili Commercial Co., Ltd.<br>A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community,<br>Xin'an Street, Bao'an Distr, Shenzhen, 518000, China |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Shenzhen Daisili Commercial Co., Ltd. |
| **Name:** | Wumei Lin |
| **Email:** | 877217435@qq.com |
| **Telephone:** | +8615989367146 |
| **Address:** | Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City,<br>Guangdong Province, China<br>Shenzhen 518000 China |

## Certification

| | |
|---|---|
| **Name:** | Wumei Lin |
| **Date:** | August 02, 2024 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the |



group and the Case Number assigned to the application.

