# EXHIBIT 2

**Shenzhen Daisili Commercial Co., LTD., v. RKSTN Fashion d/b/a GuangZhouShiLiQunQiangDianZiShangWuYouXianGongSi**

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| VA0002422341 | | |
| 1 | RKSTN Fashion dba GuangZhouShiLiQunQiangDianZiShangWuYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A17MFXH96M7BAL&asin=B07Y1WF6H7&ref_=dp_merchant_link |

1

EXHIBIT 2      Case No. 1:26-cv-00820-SLE-BWJ