# EXHIBIT 3

## INFRINGEMENT EVIDENCE

| No. | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| | | **VA0002422341** | | |
| 1 | RKSTN Fashion dba GuangZhouShiLiQunQiangDianZiShangWuYouXianGongSi |  VA0002422341 | | https://www.amazon.com/dp/B07Y1WF6H7?ref=cm_sw_r_cso_em_apin_dp_07XSVDYY977X93JPHBSR&ref_=cm_sw_r_cso_em_apin_dp_07XSVDYY977X93JPHBSR&social_share=cm_sw_r_cso_em_apin_dp_07XSVDYY977X93JPHBSR&th=1&psc=1 |

## PURCHASE ORDER

| | | |
|---|---|---|
| 1 | RKSTN Fashion dba GuangZhouShiLiQunQiangDianZiShangWuYouXianGongSi |  |

EXHIBIT 3                                                       Case No. 1:26-cv-00820-SLE-BWJ